PEOPLE v PIRTLE, No. 138510; Court of Appeals No. 289422.

SCHULZE v CLAYBANKS TOWNSHIP, No. 138521; Court of Appeals No. 282428.

PEOPLE v VANOVER, No. 138524; Court of Appeals No. 280431.

PEOPLE v KORY GROSS, No. 138527; Court of Appeals No. 289418.

PEOPLE v MICHAEL ALLEN MILLER, No. 138529; Court of Appeals No. 273488.

PEOPLE v DOBSON, No. 138536; Court of Appeals No. 280598.

PEOPLE v CONE, No. 138543; Court of Appeals No. 280691.

PEOPLE v ANTOINE SIMPSON, No. 138546; Court of Appeals No. 279353.

PERRY v GENERAL MOTORS CORPORATION, No. 138553; Court of Appeals No. 288249.

BECK v GENERAL MOTORS CORPORATION, No. 138554; Court of Appeals No. 288964.

LYDE v GENERAL MOTORS CORPORATION, No. 138555; Court of Appeals No. 289155.

E&N PROPERTIES v HIPPENSTEEL, No. 138557; Court of Appeals No. 287727.

PEOPLE v ROSEBERRY, No. 138561; Court of Appeals No. 280884.

FRIED v REEVES, Nos. 138567 and 138569; Court of Appeals Nos. 288115 and 288629.

REID v FLINT CIVIL SERVICE COMMISSION, No. 138568; Court of Appeals No. 281935.

BROWN v DELHI CORPORATION, No. 138572; Court of Appeals No. 288611.

PEOPLE v AARON CLARK, IV, No. 138582; Court of Appeals No. 280809.

PEOPLE v HUBBARD, No. 138592; Court of Appeals No. 280704.

PEOPLE v ANDREW HALL, No. 138598; Court of Appeals No. 290559.

PEOPLE v MARK OWENS, No. 138612; Court of Appeals No. 278960.
HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

AUSTIN v KELLY, No. 138620; Court of Appeals No. 282583.

PEOPLE v McQUEEN, No. 138646; Court of Appeals No. 290156.

PEOPLE v DARNELL THOMPSON, No. 138652; Court of Appeals No. 281199.

PARDO v DETROIT POLICE OFFICER TIMOTHY EWALD, No. 138654; Court of Appeals No. 282821.